UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH LIGHTFOOT, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civil Action No. 01-1484 (CKK) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 28th day of January, 2005, hereby

**ORDERED** that [176] Government Defendants' Motion for Reconsideration of the Court's September 24, 2004 Opinion and Order is DENIED; it is further

**ORDERED** that to the extent that the Court's current Opinion clarifies its September 24, 2004 Opinion and Order, [176] Government Defendants' Motion, in the Alternative, to Clarify is GRANTED; it is further

**ORDERED** that [177] Government Defendants' Motion for Stay of the Court's September 24, 2004, Opinion and Order Pending Resolution of its [176] Motion for Reconsideration is MOOT.

**SO ORDERED**.

        /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge