## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ELIZABETH LIGHTFOOT** *et al.,*

    **Plaintiffs,**

    **v.**

**THE DISTRICT OF COLUMBIA** *et al.,*

    **Defendants.**

**Civ. A. No. 01-1484 (CKK/JMF)**

## ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED** that

    1.    Defendants' Motion to Enlarge *Nunc Pro Tunc* the Time in Which to Respond to Plaintiff's Motion to Compel [#251] is **GRANTED** *nunc pro tunc*; and it is **FURTHER ORDERED** that

    2.    Plaintiffs' Amended Motion for Leave to File Surreply in Opposition to Jamal Rashad's Motion to Compel Service of Discovery [#265] is **GRANTED** *nunc pro tunc*; and it is **FURTHER ORDERED** that

    3.    Class Representative Jamal Rashad's Motion to Compel Reinstatement of Compensation Benefits [#237] is **DENIED**; and it is **FURTHER ORDERED** that

4.      <u>Class Representative Jamal Rashad's Motion to Compel Discovery and Purported</u>

<u>Class List</u> [#258] is **DENIED**.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated:

2