## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ELIZABETH LIGHTFOOT** *et al.,*

    **Plaintiffs,**

    **v.**

**THE DISTRICT OF COLUMBIA** *et al.*,

    **Defendants.**

**Civ. A. No. 01-1484 (CKK/JMF)**

## ORDER

This case was referred to me by Judge Kollar-Kotelly for the establishment of deadlines and procedures for compliance with her September 24, 2004 order granting plaintiffs' motion for partial summary judgment.  Currently pending before me for resolution is Plaintiffs' Motion for an Order Requiring Issuance of Notice to Individuals Listed on the June 30 Class List [#257] ("Motion for Notice"), in which plaintiffs moved the Court to compel the issuance of notice to identified class members so that those class members could begin the process of having their disability compensation benefits reinstated.

The District of Columbia has appealed Judge Kollar-Kotelly's September 24, 2004 order and oral argument was heard before the court of appeals on February 10, 2006.  To prevent what my be needless confusion and expense if the court appeals decides to reverse the September 24, 2004 order, it is, hereby, **ORDERED** that plaintiffs' Motion for Notice is **DENIED** without prejudice to refiling after the issuance of the court of appeal's decision on plaintiffs' appeal.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: